UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H. BOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-1012 (RMU) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned case.

            Respectfully submitted,

            /s/
            CHRISTOPHER B. HARWOOD
            Assistant United States Attorney
            555 Fourth St., N.W.
            Washington, D.C.  20530
            Phone: (202) 307-0372
            Fax: (202) 514-8780
            Christopher.Harwood@usdoj.gov