UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H. BOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-1012 (RMU) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Condoleezza Rice, by and through her undersigned counsel, respectfully requests that this Court extend the date by which she is to respond to the Complaint in the above-captioned action by thirty days, to September 19, 2008.  On August 7, 2008, the last undersigned Assistant United States Attorney (the "AUSA") contacted Plaintiff's counsel to see whether Plaintiff would consent to the relief requested herein.  Plaintiff's counsel informed the AUSA that Plaintiff would consent to the requested extension.

There is good cause to grant Defendant the extension that she is seeking.  To this point, the AUSA has been working diligently to gather the facts relevant to this case so that he can decide how to respond to the Complaint (i.e., whether to file an answer thereto or a motion to dismiss some or all of the claims asserted therein).  Yesterday, August 13, 2008, the AUSA received from agency counsel the materials that he needs to formulate Defendant's response to the Complaint.  However, the materials comprise several volumes of records, and it will take the AUSA some time to review them, consult with his client and then formulate Defendant's response to the Complaint.  In light of the above (and the fact that, between now and

September 12, 2008, the AUSA will be filing at least seven substantive briefs, defending four full-day depositions and taking three full-day depositions), Defendant respectfully requests that this Court grant the instant motion and extend her deadline to respond to the Complaint to September 19, 2008.

This is the first request for an extension of any kind by Defendant in this case. This request for an extension is submitted in good faith and not for purposes of delay. A proposed order consistent with the relief requested herein is attached hereto.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H. BOLDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, )<br>)<br>Defendant. )<br>) | Civil Action 08-1012 (RMU) |

## **ORDER**

Having considered Defendant's Consent Motion for an Extension of Time to Respond to the Complaint (Defendant's "Consent Motion"), and the entire record herein, it is this

_____ day of _____, 2008 hereby:

ORDERED that Defendant's Consent Motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file its response to the Complaint in the above-captioned action by September 19, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel